FILED

07 OCT 16 AM 8:35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDV   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2178-WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE AND ORDER THEREON |
| AIDA IRIARTES, | ) | |
| Defendant. | ) | |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel KAREN P. HEWITT, United States Attorney, and TIMOTHY F. SALEL, Assistant U.S. Attorney, and hereby moves the Court to dismiss the Information against AIDA IRIARTES without prejudice.

**ORDER**

Upon motion of the UNITED STATES OF AMERICA and for good cause appearing, IT IS HEREBY ORDERED that the Information against AIDA IRIARTES, Criminal Case No. 07CR2178-WQH, shall be dismissed without prejudice.

SO ORDERED.

DATED: 10/15/07

HONORABLE WILLIAM Q. HAYES
United States District Judge

Presented by:

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney